UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. MATTHEWS,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   Defendants. | Case: 1:25–cv–01770 JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 6/4/2025<br>Description: Pro Se Gen. Civ. (F–DECK)<br><br>Civ. A. No. _____ |

### **Plaintiff-Appellant Complaint**

I.

This case arises out of Other Civil Rights (non-employment) X 446 Americans w/Disabilities – Other CAUSE OF ACTION.

II.

Plaintiff-Appellant argues for the Cause of Action that Plaintiff-Appellant X 446 Americans w/Disabilities – Other CAUSE OF ACTION THE U.S. CIVIL STATUTE BRIEF STATEMENT OF CAUSE under Section 508 of the Rehabilitation Act (29 U.S.C. 794d), as amended in 1998, employs



RECEIVED
JUN 04 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

individuals with disabilities accessibility to communication technology (ICT) covered by Section 508 of the Rehabilitation Act of 1973 for people with disabilities to have accessibility to the ICT data provided comparable to those who do not have disabilities. *Id.* At 1.

## II.

The Rehabilitation Act is a federal law which requires programs and activities funded by federal agencies to be accessible to people with disabilities, including federal employees and members of the public. Section 508 covers ICT specifically developed, procured, maintained, or used by federal agencies. The U.S. Department of Homeland Security (DHS) is responsible for protecting the United States against communications or cybersecurity threats and fails to employ such a program to prevent and stop insider threats from otherwise a breach and disruption of the communication technology (ICT) malicious insider threat cybersecurity or Federal Communications Commission (FCC) RFID (Radio-Frequency Identification): RFID tags, used for tracking and identification (FCC, Federal and state law enforcement the network of police-equipped tracking and identification devices the unauthorized insider threat breach) auto decoded (interstate violent crime) auto decoded (interstate violent crime) GPS VIN: IMEI; or LoJack Stolen Vehicle Recovery System transmits VHF radio frequency data signals disrupted; or throughout the country cellular telephone infrastructure to activate and deactivate VLUs GPS VIN: IMEI;

illegal search/seizure w/o court order or subpoena signed by a Judge federal crime under Title 18 U.S.C. 913/Ch 31A § 22–3133 the data signals themselves. In particular, in this case, the communication technology (ICT) data signals have been compromised for a period of time and duration continuously beginning May 02, 2015 when first report to the local police in Encino, CA and ongoing reported to multiple police jurisdictions and the Federal Bureau of Investigation (FBI) until the present day for a cumulative time of disruption of inaccessibility for 3,666 days and nights. Therefore, the program and activity funded by federal agencies which are communication technology (ICT) covered by Section 508 of the Rehabilitation Act of 1973 for people with disabilities to have accessibility to the ICT data provided and additionally employed by federal agencies have been fundamentally jeopardized and accessibility is not reasonably sufficient for a person with a disability to access this federally funded program at this time. *Id.* At 2.

Dated: Wednesday, June 4, 2025

Respectfully submitted,

*[signature]*

Robert R. Matthews, Plaintiff-Appellant